Matthew W. Quall, #183759
mquall@quallcardot.com
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720
Telephone: (559) 418-0333
Facsimile: (559) 418-0330
mquall@quallcardot.com

Attorneys for Defendant JT2, INC. dba
TODD COMPANIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JT2, INC. dba TODD COMPANIES.<br><br>Defendant. | Case No. 1:17-cv-00213-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED ANSWER AND THIRD PARTY COMPLAINT** |

TO THE HONORABLE BARBARA A. MCAULIFFE, UNITED STATES MAGISTRATE JUDGE:

Defendant JT2, INC. dba TODD COMPANIES ("JT2"), and Plaintiff, STARR INDEMNITY & LIABILITY COMPANY ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate as follows:

**RECITALS**

WHEREAS, Plaintiff filed a Complaint for Damages (the "Complaint") on February 14, 2017, in the United States District Court, Eastern District of California, Case Number 1:17-cv-00213.

WHEREAS, Plaintiff filed a First Amended Complaint for Damages ("FAC") on March 17, 2017.

WHEREAS, JT2 filed an Answer to the FAC on March 24, 2017.

WHEREAS, JT2 intends to voluntarily amend its Answer to assert additional affirmative defenses of which it became aware during the course of discovery in the action; and

WHEREAS, JT2 intends to file a third-party complaint against a third party defendant for acts and/or omissions of which it became aware during the course of discovery in the action.

## **STIPULATION:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and JT2 as follows:

1. JT2 shall file a First Amended Answer on or before October 31, 2017; and
2. JT2 shall file its Third-Party Complaint against a third party defendant on or before October 31, 2017.

**IT IS SO STIPULATED.**

Dated: October 24, 2017          By: ___/s/ Matthew W. Quall_____
Matthew W. Quall, Esq.
QUALL CARDOT LLP
Attorneys for Defendant
JT2, INC. dba TODD COMPANIES

Dated: October 24, 2017          By: ___/s/ Patrick S. Schoenburg_____
Patrick S. Schoenburg, Esq.
Wood, Smith, Henning & Berman LLP
Attorneys for Plaintiff
STARR INDEMNITY & LIABILITY COMPANY

Dated: October 24, 2017          By: ___/s/ Ross M. Chinitz_____
Ross M. Chinitz, Esq. (Pro Hac Vice)
Starr Insurance Holdings, Inc.
Attorneys for Plaintiff
STARR INDEMNITY & LIABILITY COMPANY

| | |
|---|---|
| 1 | **~~(PROPOSED)~~ ORDER** |
| 2 | Having considered the stipulation of the parties, the record on file in this action, and good |
| 3 | cause appearing, |
| 4 | IT IS HEREBY ORDERED THAT: |
| 5 | 1. Defendant JT2 shall file a First Amended Answer to the First Amended Complaint |
| 6 | on or before October 31, 2017; and |
| 7 | 2. JT2 shall file its Third-Party Complaint against a third party defendant on or before |
| 8 | October 31, 2017. |
| 9 | |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: **October 26, 2017**     /s/ Barbara A. McAuliffe |
| | UNITED STATES MAGISTRATE JUDGE |