Matthew W. Quall, #183759
Matthew R. Dardenne, #281589
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720
Telephone: (559) 418-0333
Facsimile: (559) 418-0330
mquall@quallcardot.com

Attorneys for Defendant/Third Party Plaintiff
JT2, INC. dba
TODD COMPANIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JT2, INC. dba TODD COMPANIES.<br><br>Defendant. | Case No. 1:17-cv-00213-DAD-BAM<br><br>**ORDER TO EXTEND DISCOVERY DEADLINE SET FORTH IN COURT'S MAY 25, 2018 SCHEDULING ORDER** |
| JT2, INC. dba TODD COMPANIES,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BUCKMAN-MITCHELL, INC. a California Corporation, and TODD WILLIAMS, an individual and ROES 1-100, inclusive.<br><br>Third-Party Defendants. | |

Having considered the stipulation of the parties filed on January 17, 2019, the record on file in this action, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The discovery cut-off of January 18, 2017 be extended to **March 29, 2019**;
2. No other deadlines in this action will be altered by the parties' stipulation; and
3. The parties are advised that no further modifications of the Scheduling Order will

be granted absent a demonstrated showing of good cause.   Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:     **January 18, 2019**                              /s/ Barbara A. McAuliffe             
                                                                      UNITED STATES MAGISTRATE JUDGE