UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMINITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JT2, INC. dba TODD COMPANIES,<br><br>Defendant.<br><br>JT2, INC. dba TODD COMPANIES,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BUCKMAN-MITCHELL, INC., a California Corporation, and TODD WILLIAMS, an individual, and ROES 1–100, inclusive,<br><br>Third-Party Defendants. | No. 1:17-cv-00213-DAD-BAM<br><br>ORDER GRANTING STIPULATION TO STAY PROCEEDINGS<br><br>(Doc. No. 51) |

On March 18, 2019, the parties—including the third-party plaintiff and defendants—submitted a stipulation to stay proceedings pursuant to Federal Rule of Civil Procedure 83 and Local Rule 143. (Doc. No. 51.) Therein, the parties agree "to stay all further deadlines and matters in this action until such time as a re-audit of the applicable workers compensation insurance policy can take place." (*Id.* at 2.) The parties aver that a stay "will maximize judicial

1

efficiency, promote further attempts of the parties to resolve their differences without court intervention[,] and promote fundamental fairness in the resolution of the parties' respective claims." (*Id.*)

Having reviewed the entire file and the parties' stipulation, the court finds good cause to stay the proceedings in this action pending completion of the re-audit of the applicable workers compensation insurance policy. Accordingly, and pursuant to the parties' stipulation:

1. The proceedings in this case shall be stayed until the parties have the opportunity to re-audit the applicable workers compensation insurance policy;

2. The parties are required to notify the court that the re-audit has concluded within three (3) days of that occurring;

3. Following the re-audit of the applicable workers compensation insurance policy, the parties are directed to meet and confer and submit a joint proposed scheduling order and request to lift the stay, or other appropriate actions as may be required; and

4. The parties shall file a joint status report every thirty (30) days advising the court of the status of the re-audit.

IT IS SO ORDERED.

Dated: **March 20, 2019**

_____
UNITED STATES DISTRICT JUDGE