# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JT2, INC. dba TODD COMPANIES,<br><br>　　　　　　Defendant. | Case No. 1:17-cv-00213-JLT-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES; DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS; RETAINING JURISDICTION<br><br>**THIRTY DAY DEADLINE** |
| JT2, INC. dba TODD COMPANIES,<br><br>　　　　　　Third Party Plaintiff<br><br>　　v.<br><br>BUCKMAN-MITCHELL, INC., et al.<br><br>　　　　　　Third Party Defendants | |

　　　　The Court conducted a settlement conference in this action on February 22, 2024, at which the parties reached a settlement agreement.

　　　　Based upon the settlement of this action, IT IS HEREBY ORDERED that:

　　　　1.　　All pending matters and dates in this action are VACATED;

　　　　2.　　The parties shall file dispositional documents within **thirty (30)** days of entry of this order; and

/ / /

/ / /

3. The Court shall retain jurisdiction until the dispositional documents are filed to address the settlement.

IT IS SO ORDERED.

Dated: __**February 23, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE